UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TURNER<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC'S SHORT AND LONG TERM DISABILITY PLAN<br>　　　　Defendant(s).<br>_____/ | No. C 07 4304 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Sept. 13, 2007　　　　　　　　　　Signature _Sean P. Nalty_
　　　　　　　　　　　　　　　　　　　　　Counsel for DEFENDANT
　　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")

## CERTIFICATE OF SERVICE
*Turner v. New United Motor Manufacturing, Inc., et al.*
USDC NDCA Case #CV07-04304 bz

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_☐_: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

_✓_: Per order of the Court, I caused service to be accomplished on all parties through CM/ECF File and Serve for the Northern District of California.

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:    (510) 663-8484
Fax:   (510) 663-0639

*Attorney for Plaintiff*
*PAMELA TURNER*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED September 14, 2007 at San Francisco, California.

*M. Lisette Meyer*
M. Lisette Meyer

USDC NDCA Case #CV07-04304 BZ
297290.1