1  ADRIENNE C. PUBLICOVER (SBN 161432)
   SEAN P. NALTY (SBN 121253)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel:   (415) 433-0990
   Fax:   (415) 434-1370
5
   Attorneys for Defendant
6  NEW UNITED MOTOR MANUFACTURING, INC.'S
   SHORT AND LONG TERM DISABILITY PLAN
7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | PAMELA TURNER,                          | CASE NO.   CV07-04304 WHA
13 |         Plaintiff,                       | AMENDED CERTIFICATE OF
   |                                          | SERVICE RE NEW UNITED MOTOR
14 |    v.                                    | MANUFACTURING, INC.'S SHORT
   |                                          | AND LONG TERM DISABILITY
15 | NEW UNITED MOTOR MANUFACTURING,          | PLAN'S ANSWER TO PLAINTIFF'S
   | INC.'S SHORT AND LONG TERM               | COMPLAINT
16 | DISABILITY PLAN,                         |
   |                                          | Action Filed  :   August 21, 2007
17 |         Defendants.                      |
18

19

20      I am a citizen of the United States. I am over the age of eighteen years and am not a party
   to the within cause. I am employed in the City and County of San Francisco, California and my
21 business address is 525 California Street, 17th Floor, San Francisco, California 94105.

22      On this date I served the following document(s):

23 **NEW UNITED MOTOR MANUFACTURING, INC.'S SHORT AND LONG TERM
         DISABILITY PLAN'S ANSWER TO PLAINTIFF'S COMPLAINT**
24
   on the parties identified below, through their attorneys of record, by placing true copies thereof in
25 sealed envelopes addressed as shown below by the following means of service:

26

27                                    1
                             CERTIFICATE OF SERVICE
28 USDC NDCA Case #CV07-04304 WHA
   297290.1

1  _X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:   (510) 663-8484
Fax:   (510) 663-0639

*Attorney for Plaintiff*
*PAMELA TURNER*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **September 25, 2007** at San Francisco, California.

_____
Nancy Li

2
**CERTIFICATE OF SERVICE**
USDC NDCA Case #CV07-04304 WHA
297290.1