UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pamela Turner

                Plaintiff(s),

v.

New United Motor Manufacturing, Inc.'s
Short and Long Term Disability Plan
                Defendant(s).
_____/

Case No. CV 07-04304 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10-25-07

                \s\
[Party] Kathleen K. Tice, Esq.
        Defendant

Dated: 10-25-07

                \s\
[Counsel] Sean P. Nalty, Esq.
         Defendant