Sean P. Nalty, Esq. (State Bar No. 121253)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.'S
SHORT AND LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.'S SHORT AND LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO.   CV07-04304 WHA<br><br>DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES<br><br>Action Filed   :   August 21, 2007 |

The undersigned counsel of record for defendant New United Motor Manufacturing, Inc.'s Short and Long Term Disability Plan ("the Plan") certifies that the entities described below have a direct, pecuniary interest in the outcome of this matter: Life Insurance Company of North America, the insurer who provided group disability insurance to the Plan. Connecticut General Corporation is a parent company of Life Insurance Company of North America. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holding Inc. CIGNA Holding Inc. is a wholly owned subsidiary of CIGNA Corporation.

Dated: October 25, 2007    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: _____/s/ Sean P Nalty_____
　　SEAN P. NALTY
　　Attorneys for Defendant
　　NEW UNITED MOTOR MANUFACTURING, INC.'S SHORT
　　AND LONG TERM DISABILITY PLAN

**PROOF OF SERVICE**

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA  94612
Tel:    (510) 663-8484
Fax:    (510) 663-0639

*Attorney for Plaintiff*
*PAMELA TURNER*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED October 25, 2007 at San Francisco, California.

M. Lisette Meyer