**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 29, 2007

Case No.   C 07-04304 WHA

Title: PAMELA TURNER  v.  NEW UNITED MOTOR MANUFACTURING

Plaintiff Attorneys: Timothy Fricker

Defense Attorneys: Sean Nalty

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    CMC - HELD

2)

Continued to  **3/6/08 at 8:00 am**   for Motion

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Laporte for Mediation/Settlement Conference.

Defendant shall file a motion, declaration and the administrative record by 1/31/08; the opposition shall be filed by 2/14/08; and the reply by 2/21/08.