1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   SEAN P. NALTY (SBN 121253)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California  94105
4  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
5
   Attorneys for Defendant
6  NEW UNITED MOTOR MANUFACTURING, INC.'S
   SHORT AND LONG TERM DISABILITY PLAN
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 PAMELA TURNER,                    )    CASE NO.    CV07-04304 WHA
                                     )
12          Plaintiff,               )    **NOTICE OF SETTLEMENT**
                                     )
13     v.                            )
                                     )
14 NEW UNITED MOTOR MANUFACTURING,   )    Action Filed  :    August 21, 2007
   INC.'S SHORT AND LONG TERM        )
15 DISABILITY PLAN,                  )
                                     )
16          Defendants.              )
                                     )
17 _____)

18 TO THE COURT AND TO THE PARTIES IN THIS MATTER:

19          **NOTICE IS HEREBY GIVEN** that on January 17, 2008, the parties in the above-captioned

20 matter reached a settlement of all issues in this matter.  The parties anticipate filing a Stipulation of

21 Dismissal within the next thirty days.

22 Dated: January 17, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER LLP
23

24                                  By: _____
25                                      ADRIENNE C. PUBLICOVER
                                        SEAN P. NALTY
26                                      Attorneys for Defendant
                                        NEW UNITED MOTOR
27                                      MANUFACTURING, INC.'S SHORT AND
                                        LONG TERM DISABILITY PLAN
28

                                        1
                              NOTICE OF SETTLEMENT
   USDC NDCA Case #CV07-04304 WHA
   320821.1

### CERTIFICATE OF SERVICE
*Pamela Turner v. New United Motor Manufacturing, Inc., et al.*
*USDC NDCA Case #CV07-04304 WHA*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

### NOTICE OF SETTLEMENT

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:     (510) 663-8484
Fax:     (510) 663-0639

*Attorney for Plaintiff*
*PAMELA TURNER*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **January 17, 2008** at San Francisco, California.

_____
Nancy Li