IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAMELA TURNER,

    Plaintiff,

v.

NEW UNITED MOTOR MANUFACTURING, INC.'S SHORT AND LONG TERM DISABILITY PLAN,

    Defendant.

No. C 07-04304 WHA

**ORDER RE SETTLEMENT NOTICE**

The Court is in receipt of defendant's notice of settlement of the captioned matter. Please be aware that all deadlines are in place until a dismissal is filed. The Court has learned the hard way that settlements do not always pan out and the case gets lost in limbo "pending filing of dismissal papers."

**IT IS SO ORDERED.**

Dated: January 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE