IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAMELA TURNER,  No. C 07-04304 WHA

    Plaintiff,

  v. **CLERK'S NOTICE RESCHEDULING HEARING TIME**

NEW UNITED MOTOR MANUFACTURING,

    Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Case Management Conference previously set for March 20, 2008 at 11:00 a.m. has been rescheduled for **March 20, 2008 at 10:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: March 17, 2008                    FOR THE COURT,

                                                    Richard W. Wieking, Clerk

                                                    By:_____
                                                      Dawn Toland
                                                      Courtroom Deputy to the
                                                      Honorable William Alsup