1  ADRIENNE C. PUBLICOVER (SBN 161432)
   SEAN P. NALTY (SBN 121253)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel:  (415) 433-0990
   Fax:  (415) 434-1370
5
   Attorneys for Defendant
6  NEW UNITED MOTOR MANUFACTURING, INC.'S
   SHORT AND LONG TERM DISABILITY PLAN
7

8  TIMOTHY J. FRICKER (SBN 183309)
   JAMES G. MELLEN (SBN 122035)
9  FRICKER & MELLEN & ASSOCIATES
   Tribune Tower
10 409 13th Street, 17th Floor
   Oakland, CA 94612
11 Tel:  (510) 663-8484
   Fax:  (510) 663-0639
12
   Attorney for Plaintiff
13 PAMELA TURNER

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| PAMELA TURNER, | CASE NO. CV07-04304 WHA |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| NEW UNITED MOTOR MANUFACTURING, INC.'S SHORT AND LONG TERM DISABILITY PLAN, | Courtroom : 9<br>Floor : 19<br>Location : San Francisco<br>Judge : Hon. William H. Alsup |
| Defendants. | Action Filed : August 21, 2007 |

Plaintiff Pamela Turner ("plaintiff"), and defendant New United Motor Manufacturing, Inc.'s Short and Long Term Disability Plan ("defendant"), through their respective attorneys of record, Timothy J. Fricker, Esq. and James G. Mellen, Esq. of Fricker & Mellen & Associates, on behalf of plaintiff, and Sean P. Nalty, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP,

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC NDCA Case #CV07-04304 WHA
326415.1

1  on behalf of defendant, HEREBY STIPULATE that the above-captioned matter and all claims of
2  relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the
3  parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.
4      IT IS SO STIPULATED.

Dated: March 17, 2008　　　　　　　　　FRICKER & MELLEN & ASSOCIATES

By:　*/s/ James G. Mellen*
　　　Timothy J. Fricker
　　　James G. Mellen
　　　Attorneys for Plaintiff
　　　PAMELA TURNER

Dated: February 29, 2008　　　　　　　WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP

By:　　　*/s/ Sean P. Nalty*
　　　ADRIENNE C. PUBLICOVER
　　　SEAN P. NALTY
　　　Attorneys for Defendant
　　　NEW UNITED MOTOR MANUFACTURING,
　　　INC.'S SHORT AND LONG TERM DISABILITY
　　　PLAN