```
 1  ADRIENNE C. PUBLICOVER  (SBN 161432)
    SEAN P. NALTY  (SBN 121253)
 2  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105
 4  Tel:   (415) 433-0990
    Fax:   (415) 434-1370
 5
    Attorneys for Defendant
 6  NEW UNITED MOTOR MANUFACTURING, INC.'S
    SHORT AND LONG TERM DISABILITY PLAN
 7

 8  TIMOTHY J. FRICKER  (SBN 183309)
    JAMES G. MELLEN  (SBN 122035)
 9  FRICKER & MELLEN & ASSOCIATES
    Tribune Tower
10  409 13th Street, 17th Floor
    Oakland, CA  94612
11  Tel:   (510) 663-8484
    Fax:   (510) 663-0639
12
    Attorney for Plaintiff
13  PAMELA TURNER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TURNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.'S SHORT AND LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO.   CV07-04304 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom　:　9<br>Floor　　　:　19<br>Location　 :　San Francisco<br>Judge　　 :　Hon. William H. Alsup<br><br>Action Filed :　August 21, 2007 |

　　　Plaintiff Pamela Turner ("plaintiff"), and defendant New United Motor Manufacturing, Inc.'s Short and Long Term Disability Plan ("defendant"), through their respective attorneys of record, Timothy J. Fricker, Esq. and James G. Mellen, Esq. of Fricker & Mellen & Associates, on behalf of plaintiff, and Sean P. Nalty, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP,

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC NDCA Case #CV07-04304 WHA
326415.1

1  on behalf of defendant, HEREBY STIPULATE that the above-captioned matter and all claims of
2  relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the
3  parties' agreement to resolve the disputed claim.  Each party to bear its own fees and costs.
4         IT IS SO STIPULATED.

6  Dated: March 17, 2008                    FRICKER & MELLEN & ASSOCIATES

8                              By:    /s/ James G. Mellen
                                      Timothy J. Fricker
9                                     James G. Mellen
                                      Attorneys for Plaintiff
10                                    PAMELA TURNER

12  Dated: February 29, 2008              WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

15                             By:         /s/ Sean P. Nalty
                                      ADRIENNE C. PUBLICOVER
                                      SEAN P. NALTY
16                                    Attorneys for Defendant
                                      NEW UNITED MOTOR MANUFACTURING,
17                                    INC.'S SHORT AND LONG TERM DISABILITY
                                      PLAN

19  Dated:  March 20, 2008

21  The clerk is directed to close the file.

**IT IS SO ORDERED**
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA