**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 20, 2008

Case No.  C 07-4304WHA

Title: Pamela Turner  v. New United Motor Manufacturing

Plaintiff Attorneys: None present

Defense Attorneys: Sean Nalty

Deputy Clerk: Frank Justiliano

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)  Further CMC - Held.

2)  

**ORDERED AFTER HEARING:**   The Court approved the Stipulation of Dismissal With Prejudice.